JANUARY TERM, 1875. 357

Kelly vs. The West Wisconsin R. R. Co. Sage vs. McLean.

KELLY VS. THE WEST WISCONSIN RAILWAY COMPANY.

Appeal for delay. Extra damages on affirmance of judgment.

APPEALS from the Circuit Court for *Chippewa* County.
*Baker & Spooner*, for appellants.
*L. P. Whetherby*, with *Vilas & Bryant*, of counsel, for respondents.

*By the Court.* — Since taking these appeals, the defendant has done nothing whatever in the cases. There are no bills of exception in the records, no argument has been submitted, and no briefs or abstracts of the cases furnished. Manifestly the appeals were taken for delay. We therefore affirm the judgments with five per cent. damages, in addition to the seven per cent. damages given by law on the affirmance of judgments in all cases. R. S., ch. 139, sec. 29 ; Laws of 1860, ch. 264, sec. 37 ; *Slocum v. Carlton*, 1 Chand., 165 (2 Pinney, 203) ; *Ramsay v. Davis*, 20 Wis., 34.